

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-18-00568-CR

**IN RE** Justin **SOWERS**

Original Proceeding[1]

PER CURIAM

Sitting:     Sandee Bryan Marion, Chief Justice
             Rebeca C. Martinez, Justice
             Luz Elena D. Chapa, Justice

Delivered and Filed:  August 22, 2018

PETITION FOR WRIT OF HABEAS CORPUS DENIED

Relator filed a pro se petition for writ of habeas corpus raising several complaints about his underlying criminal cases.  Relator is represented by court-appointed trial counsel below; therefore, he is not entitled to hybrid representation.  *Patrick v. State*, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995).  The absence of a right to hybrid representation means relator's pro se petition for writ of habeas corpus will be treated as presenting nothing for this court's review.  *See id.*; *see also Gray v. Shipley*, 877 S.W.2d 806, 806 (Tex. App.—Houston [1st Dist.] 1994, orig. proceeding).  Accordingly, relator's petition for writ of habeas corpus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

Do not publish

---

[1] This proceeding arises out of Cause Nos. 2018CR07490, etc., styled *The State of Texas v. Jason Sowers*, pending in the 437th Judicial District Court, Bexar County, Texas, the Honorable Lori I. Valenzuela presiding.